FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-4689
_____

DESHAWN GREEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Maureen Horkan, Judge.

September 25, 2020

PER CURIAM.

AFFIRMED. Appellant is warned that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2019) (providing that "[a] prisoner who is found by a court to have brought a frivolous or malicious suit, action, claim, proceeding, or appeal . . . or to have brought a frivolous or malicious collateral criminal proceeding . . . is subject to disciplinary procedures pursuant to the rules of the Department of Corrections").

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Deshawn Green, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.